IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

TRACY YOUNG                                                                    PLAINTIFF

VS.                                               CIVIL ACTION NO.: 3:15-cv-108-GHD-SAA

ISOLA, MISSISSIPPI, BY AND THROUGH ITS
MAYOR, BOBBIE MILLER; ISOLA POLICE
DEPARTMENT BY AND THROUGH ITS CHIEF
OF POLICE, CHARLES SHARKEY; OFFICER
MICHAEL KINGDOM AND JOHN DOES 1-5                            DEFENDANTS

## AFFIDAVIT OF JANNIECE JAMES

STATE OF MISSISSIPPI
COUNTY OF HUMPHREYS

I, Janniece James, have personal knowledge of the following:

1.      I am Janniece James. I am the Town Clerk of the Town of Isola, Mississippi, located

at 203 Julia Street, Isola, Mississippi 39032. I serve as the custodian of records for records relating

to the official workings of the Town of Isola, including Board minutes and employee records.

2.      I do hereby state upon my oath that I provided the documents attached to Municipal

Defendant's Motion. They are true and correct copies of records generated in the regular course of

business of the Town of Isola.

WITNESS MY SIGNATURE, this the 5 day of July 2016.

_____
JANNIECE JAMES

SWORN TO AND SUBSCRIBED before me, this the 5 day of July, 2016.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES:

July 17, 2016

BOBBIE B MILLER
NOTARY PUBLIC
ID No. 60104
My Comm Expires
July 17, 2016
HUMPHREYS COUNTY
STATE OF MISSISSIPPI

EXHIBIT

N