IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**TRACY YOUNG**                                                                                         **PLAINTIFF**

**VS.**                                        **CIVIL ACTION NO.: 3:15-cv-108-GHD-SAA**

**ISOLA, MISSISSIPPI, BY AND THROUGH ITS
MAYOR, BOBBIE MILLER; ISOLA POLICE
DEPARTMENT BY AND THROUGH ITS
CHIEF OF POLICE, CHARLES SHARKEY;
OFFICER MICHAEL KINGDOM AND JOHN
DOES 1-5**                                                           **DEFENDANTS**

### AFFIDAVIT IN SUPPORT OF
### REQUEST FOR ENTRY OF DEFAULT

I, **Bradford Blackmon**, being duly sworn, state as follows:

1. I am the attorney for the Plaintiff in the above-entitled action and I am familiar with the file, records, and pleadings in this matter.

2. The summons and complaint were filed on June 29, 2015.

3. Defendant was served with a copy of the summons and complaint on September 15, 2015, as reflected on the docket sheet by the proof of service filed on September 23, 2015.

4. An answer to the complaint was due on October 6, 2015.

5. Defendant has failed to appear, plead or otherwise defend within the time allowed and, therefore, is now in default.

6. Plaitniff requests that the Clerk of the Court enter default against the Defendant.

Respectfully submitted,

BY: _____
BRADFORD J. BLACKMON MSB #104848
*Attorney for Plaintiff*

Sworn to and subscribed before me this the ___10th___ day of __November__, 2016

_____
NOTARY PUBLIC

3