UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

Tracy Young                                                    PLAINTIFF

versus                                       CIVIL ACTION 3:15-cv-00108-GHD-RP

Isola, Mississippi et al                                    DEFENDANT

## **DEFAULT**

Request having been made for entry of default against defendant, MICHAEL KINGDOM, it appearing by Affidavit that said defendant has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, the Clerk of the Court hereby enters default against defendant MICHAEL KINGDOM.

This 14th day of November, 2016.

                                                                       David Crews, Clerk of Court

                                                                       /s/ J. Mauney
                                                                       Deputy Clerk/Case Manager