IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

TRACY YOUNG                                                 PLAINTIFF

v.                                             CIVIL ACTION NO. 3:15-cv-00108-GHD

ISOLA, MISSISSIPPI, By and Through
Its Mayor, Bobby Miller[1]; OFFICER MICHAEL
KINGDOM, Individually; and ISOLA POLICE
DEPARTMENT, By and Through Its Chief of Police,
Charles Sharkey                                DEFENDANTS

## ORDER GRANTING MOTION FOR SUMMARY JUDGMENT, DISMISSING ALL CLAIMS, AND CLOSING CASE

Pursuant to an opinion issued this day, the Court **ORDERS** the following:

(1) the motion for summary judgment [46] filed by Municipal Defendant is **GRANTED** in its entirety;

(2) all claims against all Defendants are **DISMISSED**;

(3) the following motions are **DENIED AS MOOT**:

    a. Municipal Defendant's motion for leave to file excess pages [49];

    b. Plaintiff's motion to strike [52] Municipal Defendant's reply to the motion for summary judgment;

    c. Municipal Defendant's first motion *in limine* [58];

    d. Municipal Defendant's second motion *in limine* [59]; and

    e. Plaintiff's first motion *in limine* [65].

All memoranda, depositions, declarations, and other materials considered by the Court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

---

[1] Although the Mayor's name is spelled "Bobby Miller" in the style of the case *sub judice*, the correct spelling of her name is apparently "Bobbie Miller."

This case is **CLOSED.**

SO ORDERED, this, the 23rd day of November, 2016.

_____
SENIOR U.S. DISTRICT JUDGE